NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATERA, INC.,**

*Plaintiff-Appellant*

v.

**CAREDX, INC.,**

*Defendant-Appellee*

---

2024-1357

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00038-CFC-CJB, 1:22-cv-00641-CFC, 1:22-cv-00642-CFC, Chief Judge Colm F. Connolly.

---

## O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same

2                    NATERA, INC. V. CAREDX, INC.

hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

March 13, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 13, 2024